IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW JONES, | § | |
| | § | No. 279, 2017 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below:  Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | C.A. No. S17I-00670 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: July 17, 2017
Decided:     August 3, 2017

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

### O R D E R

This 3rd day of August 2017, the Court has considered the notice to show cause and the appellant's response.  The appellant purports to appeal from a hearing held by a Superior Court Commissioner on June 23, 2017.  The Superior Court Commissioner continued the June 23 hearing until July 28, 2017, over the appellant's objection.  Although the appellant attempted to file an amended notice of appeal from an interlocutory order under Supreme Court Rule 42, this Court has no jurisdiction to hear any appeal directly from a Superior Court Commissioner's order.[1]  Accordingly, this appeal must be dismissed.

---

[1] *Johnson v. State*, 884 A.2d 475, 479 (Del. 2005).

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED.  The

motion to proceed *in forma pauperis* is moot.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice